ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2023 MAY 16 PM 2: 17
DEPUTY CLERK MS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. 3-23CR0207-E |
|---|---|
| v. | |
| BOBBY LEEMICHAEL JACKSON | |

## INDICTMENT

The Grand Jury charges:

### Count One
### Possession of a Firearm by a Convicted Felon
### (Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

On or about September 25, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Bobby LeeMichael Jackson**, knowing that he had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Taurus, Model G2C, 9mm caliber pistol, bearing serial number ACJ260451.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment, and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Bobby LeeMichael Jackson**, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense, including but not limited to the following:

1. a Taurus, Model G2C, 9mm caliber pistol, bearing serial number ACJ260451 [**stolen**], and any ammunition recovered with the firearm.

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
JOHN J. BOYLE
Assistant United States Attorney
Texas Bar No. 00790002
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214-659-8617
Fax: 214-659-8805
Email: John.Boyle2@usdoj.gov

Indictment—Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

BOBBY LEEMICHAEL JACKSON

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(8)
Possession of a Firearm by a Convicted Felon
(Count 1)

Forfeiture Notice
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1 Count

A true bill rendered

_____
DALLAS                                                                                               FOREPERSON

Filed in open court this 16 day of May, 2023.

_____

**Warrant to be Issued**

_____

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending